UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

CONNOR BREWSTER,

                Plaintiff,

v.

SYDNEY JOHNSON,

                Defendant.

Case No. 3:22-CV-00499-LRH-CLB

**ORDER STRIKING DISCOVERY DOCUMENTS**

[ECF Nos. 26, 27, 28, 29]

       Defendants filed several notices of depositions on the Docket. (ECF Nos. 26, 27, 28, 29.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

       **IT IS SO ORDERED.**

       **DATED:** <u>May 3, 2023</u>.

_____
**UNITED STATES MAGISTRATE JUDGE**