1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF NEVADA, NORTHERN DIVISION

9

| | |
|---|---|
| 10 CONNOR BREWSTER, individually and SYDNEY JOHNSON, individually, | Case No.:  3:22-cv-00499-LRH-CLB |
| 11 Plaintiffs, | **ORDER GRANTING AMENDED STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER** |
| 12 | |
| 13 v. | |
| 14 HUSSEIN AL DAERI , and LIV TRANSPORTATION, INC., an Illinois Domestic Corporation, JOHN DOES I through X, inclusive, ABC CORPORATION I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive, | **(First Request)** |
| 15 | |
| 16 | |
| 17 Defendants. | |

18

19     Plaintiffs, Connor Brewster and Sydney Johnson and Defendants, Hussein Al Daeri and LIV

20 Transportation, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby

21 stipulate to extend the deadline for the Parties to submit the proposed Joint Pretrial Order. This is

22 the first request to extend time for the Parties to submit the proposed Joint Pretrial Order.

23     The Parties agree to extend the deadline to submit the proposed Joint Pretrial Order by one

24 (1) week to October 13, 2023.  The current deadline to submit Joint Pretrial Order was October 6,

25 2023.  The new requested deadline is October 13, 2023.

26     This request is made in good faith and not for the purpose of undue delay. The Parties request

27 additional time because they are in the process of evaluating the exhibits and witnesses needed for

28 trial and also potential stipulated facts.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
201 W. Liberty Street, Suite 320
Reno, NV 89501

Dated:  October 11, 2022

BRADLEY, DRENDEL & JEANNEY

By:_____*/s/ Phillip Dorin*_____
PHILLIP DORIN, ESQ.
Nevada Bar No. 15534
6900 S. McCarran Blvd., Suite 2000
Reno, Nevada 89509

*Attorneys for Plaintiffs*
CONNOR BREWSTER and SYDNEY
JOHNSON

Dated: October 11, 2022

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

By:_____*/s/ Michael A. Pintar*_____
MICHAEL A. PINTAR, ESQ.
Nevada Bar No. 3789
201 W. Liberty Street, Suite 320
Reno, Nevada 89501

*Attorneys for Defendants*
HUSSEIN AL DAERI and LIV
TRANSPORTATION, INC

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: 10/11/23 _____