UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| CONNOR BREWSTER, individually and SYDNEY JOHNSON, individually,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HUSSEIN AL DAERI , and LIV TRANSPORTATION, INC., an Illinois Domestic Corporation, JOHN DOES I through X, inclusive, ABC CORPORATION I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive,<br><br>　　　　　Defendants. | Case No.:　3:22-cv-00499-LRH-CLB<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by Plaintiffs CONNOR BREWSTER and SYDNEY JOHNSON, by and through their counsel of record, and Defendants HUSSEIN AL DAERI and LIV TRANSPORTATION, INC., by and through their counsel of record, that the above-entitled matter be dismissed with prejudice each of the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: April __, 2024

BRADLEY, DRENDEL & JEANNEY

By:_____
PHILLIP DORIN, ESQ.
Nevada Bar No. 15534
6900 S. McCarran Blvd., Suite 2000
Reno, Nevada 89509

*Attorneys for Plaintiffs*
CONNOR BREWSTER and SYDNEY JOHNSON

Dated: April __, 2024

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By:_____
/s/ Michael A. Pintar
MICHAEL A. PINTAR, ESQ.
Nevada Bar No. 3789
201 W. Liberty Street, Suite 320
Reno, Nevada 89501

*Attorneys for Defendants*
HUSSEIN AL DAERI and LIV TRANSPORTATION, INC

## ORDER

Pursuant to the Stipulation between the parties, IT IS ORDERED that the above-entitled matter is dismissed with prejudice with each of the parties bearing their own costs and attorneys' fees.

IT IS ORDERED that the Calendar Call scheduled for Tuesday, June 25, 2024 at 1:30 p.m. and the Trial scheduled Monday, July 22, 2024 at 8:30 a.m. are vacated.

IT IS FURTHER ORDERED that the Clerk of the Court shall dismiss the action, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

DATED this 23rd day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE